AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ADOLFO PRADO CORREA, CARLOS ALBERTO CASTILLO SANDOVAL, and JOFFRE LEONIDAS PILOZO WILA,<br><br>*Defendant(s)* | Case No.  18-5003-SNOW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __December 16, 2017__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

Marcelino Mariabello, TFO DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/19/18

*Judge's signature*

City and state:  Key West, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Marcelino Mariabello, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Task Force Officer with the Drug Enforcement Administration (DEA), Miami, Florida assigned to the Miami Field Division (MFD) High Intensity Drug Trafficking Area (HIDTA) Group 43 and have worked in that capacity since July 2017. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Titles 18, 21, and 46 of the United States Code. My official DEA duties include investigating criminal violations of federal narcotics laws. My duties include familiarity with the methods of drug traffickers in Title 46 cases.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against ADOLFO PRADO CORREA, CARLOS ALBERTO CASTILLO SANDOVAL, and JOFFRE LEONIDAS PILOZO WILA, for violations of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), that is conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. This affidavit does not contain the details of every aspect of the investigation. Moreover, the facts and information contained in this affidavit are based on my personal knowledge as well as upon information received in my official capacity from other individuals.

3. On or about December 16, 2017, while on routine patrol, a marine patrol aircraft detected a go-fast vessel (GFV) approximately 400 nautical miles west of Guatemala with fuel

drums and packages on deck in a known drug trafficking area of international waters. The USCG Cutter Mohawk launched their over-the-horizon (OTH) and helicopter for intercept. As the helicopter chased the GFV, the crew of the GFV jettisoned packages into the water. After warning and disabling fire, the OTH gained positive control of the GFV in international waters and observed no flag flown, no registration documents, no home port on the hull. The vessel was determined to be one without nationality by the USCG and treated as subject to the jurisdiction of the United States. The USCG boarded the GFV and recovered bales from the jettison field that tested positive for cocaine and had an approximate weight of 595 kilograms.

4.  The four (4) persons on board the vessel were detained and subsequently identified as ADOLFO PRADO CORREA (Colombia), CARLOS ALBERTO CASTILLO SANDOVAL (Guatemala), JOFFRE LEONIDAS PILOZO WILA (Ecuador), and RODOLFO ORTIZ CORTES (Colombia). After the USCGC Mohawk returned to routine patrol, the ships medical officer determined that ORTIZ CORTEZ was ill and needed a higher level of medical attention. ORTIZ CORTEZ was turned over to Mexican authorities to receive medical attention. On January 17, 2018, ADOLFO PRADO CORREA, CARLOS ALBERTO CASTILLO SANDOVAL, and JOFFRE LEONIDAS PILOZO WILA were transferred to the custody of U.S. law enforcement and were brought to the Southern District of Florida where they first entered the United States.

5.  Based on the foregoing facts, I submit that probable cause exists to believe that ADOLFO PRADO CORREA, CARLOS ALBERTO CASTILLO SANDOVAL, and JOFFRE LEONIDAS PILOZO WILA, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is five kilograms or more of cocaine, while on board a vessel subject to the

2

jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1);

all in violation of Title 46, United States Code, Section 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

MARCELINO MARIABELLO
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Sworn to me and subscribed before me
this __19__ day of January, 2018.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

3